**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3109-22

IN THE MATTER OF WEST
WINDSOR TOWNSHIP.

_____

Submitted December 17, 2024 – Decided December 27, 2024

Before Judges Gilson and Firko.

On appeal from the Superior Court of New Jersey, Law Division, Mercer County, Docket No. L-1561-15.

Muller & Baillie, P.C., attorneys for appellant West Windsor Township (Gerald J. Muller and Martina Baillie, of counsel and on the briefs).

Fair Share Housing Center, attorneys for respondent Fair Share Housing Center (William S. Fairhurst, on the brief).

Bisgaier Hoff, LLC, attorneys for respondents Avalon Watch, LLC and AvalonBay Communities, Inc. (Michael O'Hara and Richard J. Hoff, Jr., on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. In accordance with the

parties' stipulation, this appeal is dismissed with prejudice and without costs to any party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2